**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CAMERON PARISH RECREATION NO. 6** | **CIVIL ACTION NO. 2:22-cv-5287** |
| **VERSUS** | **JUDGE: JAMES D. CAIN, JR.** |
| **INDIAN HARBOR INSURANCE CO ET AL** | **MAGISTRATE JUDGE KAY** |

**ORDER ON PLAINTIFF's**
**MOTION FOR EXTENSION OF BRIEFING DEADLINES**
**AND FOR STATUS CONFERENCE**

Considering the foregoing Motion for Extension of Briefing Deadlines and for Status Conference:

IT IS HEREBY ORDERED that the Motion is GRANTED, and all briefing deadlines regarding the Defendants' Motion to Compel Arbitration and Stay the Proceedings (Doc. 7) are extended until discovery on the arbitration issues is completed.

IT IS HEREBY FURTHER ORDERED that the parties's counsel are to participate in a status conference with the Court on November 2, 2022 at _____ a.m./p.m.

Lake Charles, Louisiana this \_\_\_\_\_ day of _____ 2022.

_____
JUDGE JAMES D. CAIN JR