UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CAMERON PARISH RECREATION #6** | **CASE NO.  2:22-CV-05287** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **INDIAN HARBOR INSURANCE CO ET AL** | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM ORDER

Before the court is a Motion to Stay Discovery [doc. 18] filed by defendants, seeking an end to the discovery granted by this court in a status conference held on November 3, 2022, and a decision on the pending Motion to Compel Arbitration [doc. 8]. Defendants argue that plaintiff has not pursued discovery and that the issues raised in the Motion to Compel Arbitration [doc. 8] are purely legal. Plaintiff opposes the Motion to Stay Discovery, asserting that it is awaiting dates on 30(b)(6) depositions from defendants. Doc. 20. It also maintains that potential factual issues exist with respect to the potential separate policies involved. *Id.*

The court stands by its original decision to allow discovery but recognizes that it must be completed at some point. Accordingly, **IT IS ORDERED** that the Motion to Stay [doc. 18] be **DENIED** but that the parties complete their discovery into the policies comprising the insurance contract(s) and allocation among the insurers (including the Contract Allocation Endorsement, referring to separate contracts), as well as any contracts between the insurers whether referenced in the policy or not, within **45 days** of this order.

At the conclusion of that period, defendants will have **20 days** to supplement their brief in support of the Motion to Compel Arbitration, with a response from plaintiff due **15 days** thereafter and a reply permitted within **7 days** of the response. The court expects that the parties will cooperate with discovery within the limited remaining time so as to avoid a need for court intervention.

  **THUS DONE AND SIGNED** in Chambers on the 1st day of March, 2023.

        **JAMES D. CAIN, JR.**
       **UNITED STATES DISTRICT JUDGE**